UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CANDACE E. ALSTON,** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.: _____ |
| **WELLS FARGO BANK, N.A.** | * | |
| **Defendant** | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## NOTICE OF REMOVAL

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by its attorneys and pursuant to 28 U.S.C. §§ 1331 and 1441, et seq., files this Notice of Removal and as grounds for removal states:

1. Plaintiff Candace E. Alston ("Plaintiff"), filed suit against Wells Fargo in the Circuit Court of Maryland for Prince George's County on April 1, 2013. The case was docketed as case no. CAL 13-09587.

2. Defendant was served with a copy of the Summons and Complaint on September 24, 2013.

3. Count II of Plaintiff's Complaint alleges violations of RESPA, 12 U.S.C. § 2605 et seq.. Count III of Plaintiff's Complaint alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq..

4. Therefore, this action is subject to removal pursuant to 28 U.S.C. § § 1331 and 1441 at the request of Defendant because Plaintiff's claims arise under the laws of the United States.

DMEAST #17857606 v1

5. Count I of Plaintiff's Complaint asserts a claim for violation of the Maryland Consumer Debt Collection Act and Count IV asserts a claim for defamation. This Court has supplemental jurisdiction over these state law causes of action pursuant to 28 U.S.C. § 1367.

6. Removal is timely. Defendant has filed this Notice of Removal within 30 days of service of the Summons and Complaint in this action.

7. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the District of Maryland is the proper venue for removal because Prince George's County, the place where this action is pending, is located within the District of Maryland.

8. A copy of this Notice has been sent to Plaintiff and will be filed with the clerk of the Circuit Court for Prince George's County, Maryland.

9. Filed with this Notice are copies of all process, pleadings, documents and orders which have been received by Wells Fargo related to the state court action.

10. By filing this Notice, Wells Fargo does not waive its rights to object to service of process, the sufficiency of process, venue, or jurisdiction, and specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

Respectfully submitted,

_____/s/  Charles S. Hirsch___
Charles S. Hirsch (Fed. ID No. 06605)
BALLARD SPAHR LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: 410-528-5600

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of October, 2013, a copy of the foregoing Notice of Removal was mailed by first class mail, postage prepaid to:

>Candace E. Alston
>10012 Cedarhollow Lane
>Largo, Maryland 20774

          /s/ Charles S. Hirsch
          Charles S. Hirsch