**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CANDACE E. ALSTON,

    Plaintiff,

    v.

WELLS FARGO HOME MORTGAGE,

    Defendant.

Civil Action No. TDC-13-3147

**ORDER**

    For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff Candace E. Alston's Motion for Reconsideration, ECF No. 56, is DENIED; Defendant Wells Fargo Home Mortgage's Motion for Summary Judgment, ECF No. 45 is GRANTED; and Wells Fargo Home Mortgage's Motion to Amend Answer, ECF No. 44, is DISMISSED AS MOOT.

    The Clerk is directed to close the case.

Date:  February 26. 2016

                                                            /s/
                                              THEODORE D. CHUANG
                                              United States District Judge