

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

**CANDACE E. ALSTON**

    Plaintiff,

v.                                                          CIVIL ACTION NO. 8:13-cv-03147-TDC

**WELLS FARGO BANK, N.A.**

    Defendant.

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Candace E. Alston appeals to the United States Court of Appeals for the Fourth Circuit from the judgment [DOC 60] entered on February 26, 2016 granting Defendant Wells Fargo Bank, N.A.'s motion for summary judgment and the judgment [DOC 77] entered on August 23, 2016 denying Plaintiff Candace Alston's motion to alter or amend.

 

Respectfully submitted,
CANDACE ALSTON

_____
Candace Alston
10012 Cedarhollow Ln
Largo, MD 20774
Tel: (240) 605-3384
E-mail:calston83@comcast.net