FILED: April 5, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2124

(8:13-cv-03147-TDC)
_____

CANDACE E. ALSTON

  Plaintiff - Appellant

v.

WELLS FARGO HOME MORTGAGE

  Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered March 14, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*